**FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMGUARD INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  1:23-cv-04679 |
| PANAM LOGISTICS, LLC, and CAPITAL | ) | |
| EXPRESS, LLC | ) | Judge Pallmeyer |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER ENTERING DEFAULT AGAINST PANAM LOGISTICS, LLC**

This matter having come on to be heard on the motion of plaintiff AmGuard Insurance Company for entry of default against Panam Logistics, LLC [ECF No. 14]; due notice having been provided; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that default be entered against defendant Panam Logistics, LLC, which has not appeared or responded to the complaint.

_____
United States District Judge

Date:  January 11, 2024