# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

AmGuard Insurance Company

        Plaintiff,

v.                 Case No.: 1:23−cv−04679

                Honorable Rebecca R. Pallmeyer

Panam Logistics, LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 9, 2024:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to dismiss Capital Express, LLC [35] is granted. This matter is dismissed with prejudice as to Defendant Capital Express ONLY. All Parties herein bearing their own costs and attorney&#039;s fees. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.